NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. & J. CLARK INTERNATIONAL LIMITED,**
*Appellant,*

**v.**

**UNITY CLOTHING INC.,**
*Appellee.*

---

2013-1542

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92049418.

---

## JUDGMENT

---

STEPHEN P. MCNAMARA, St. Onge Steward Johnston & Reens, LLC, of Stamford, Connecticut, argued for appellant. With him on the brief was ANDY I. COREA.

VONN R. CHRISTENSON, Call & Jensen, of Newport Beach, California, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, MAYER, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 9, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |